IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　v.<br>DIAZ-RIVERA, et al.<br>　　　　　Defendants. | No. C -12-00030 EMC (EDL)<br>**ORDER REGARDING IN CAMERA SUBMISSION** |

On January 8, 2014, the Court ordered the United States to provide to the Court for in camera review administrative subpoenas and their returns related to five to ten telephone numbers to be selected by Defendants. Defendants provided the United States with nine telephone numbers on January 9, 2014. The United States submitted administrative subpoenas and their returns on January 14, 2014. It noted that a few of the telephone numbers provided by Defendants did not match any provided in discovery or in the DEA's case files (perhaps because they contained typographical or similar errors). However, the multiple documents that were provided to the Court associated with the administrative subpoenas and returns for the remaining telephone numbers showed that the documents appeared to be fully consistent with the United States's representations that proper administrative subpoenas were issued by authorized officials (DEA group supervisors), and that the returns received did not exceed their scope. For example, no content of text messages or geographical tracking information was sought or provided. Accordingly, there is no reason to believe that review of additional documents associated with other telephone numbers would yield any different results.

Dated: January 16, 2014

　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge